## Mrs. A. J. MIDGETT v. STATE.
### No. 18822.

Court of Criminal Appeals of Texas.
May 23, 1934.

Baskett & De Lee, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for perjury; punishment, three years in the penitentiary.

The record is here without statement of facts or bills of exception. All matters of procedure appear regular.

The judgment will be affirmed.